*Abrams* for petitioners. *Mr. Thomas G. Long* for respondents.

No. 651. DUKE, DOING BUSINESS AS ROOSEVELT CHAIR & SUPPLY Co., *v.* EVEREST ET AL. February 28, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Messrs. Charles B. Cannon* and *Geo. H. Wallace* for petitioner. *Mr. Fred H. Miller* for respondents.

No. 607. WALEY *v.* JOHNSTON, WARDEN. February 28, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Harmon Metz Waley, pro se. Solicitor General Fahy, Assistant Attorney General Tom C. Clark, Mr. Robert S. Erdahl,* and *Miss Beatrice Rosenberg* for respondent.

No. 611. DUNCAN *v.* IOWA. February 28, 1944. Petition for writ of certiorari to the Supreme Court of Iowa denied.

No. 672. TAYLOR *v.* RAGEN, WARDEN. February 28, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied.

No. 677. FRAME *v.* AMRINE, WARDEN. February 28, 1944. Petition for writ of certiorari to the Supreme Court of Kansas denied.

No. 509. LANG *v.* SWOPE, WARDEN. February 28, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied.